670 A.2d 1060

WHS REALTY COMPANY, ETC. v. THE
TOWN OF MORRISTOWN, ET AL.

January 12, 1996.

ORDER

Leave to appeal is granted.